# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEAL EVERETT NICARRY,**

        **Plaintiff,**

**-vs-**                              **Case No.: 6:03-cv-87-Orl-28DAB**

**MICHAEL CANNADAY, DONALD
ESLINGER, LAWRENCE PIERRE
SMITH, DEPARTMENT OF HIGHWAY
AND MOTOR SAFETY**

        **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DETERMINE LOCATION OF MEDIATION (Doc. No. 58)** |
| **FILED:** | **August 15, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot. The mediation requirement is postponed and the parties are **ORDERED** to file in the docket for this Court's attention a "Notice of Mediation Position" following the ruling on any Motions for Summary Judgment.

| | |
|---|---|
| **MOTION:** | **DEFENDANTS SMITH AND DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES' MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSE [OF DEPOSING PLAINTIFF'S EXPERT] (Doc. No. 67)** |
| **FILED:** | **September 1, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:** **PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY DEADLINE (Doc. No. 68)**
>
> **FILED:** September 8, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The discovery deadline is extended to October 16, 2006 for the limited purposes of taking the depositions of Defendants Smith and Cannaday, and Plaintiff's expert Fahey. The dispositive motions deadline is extended until October 30, 2006. The deadline for Plaintiff's response to Defendants' Motion for Rule 11 Sanctions (Doc. No. 63) is extended until September 27, 2006.

**DONE** and **ORDERED** in Orlando, Florida on September 22, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record