**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NEAL EVERETT NICARRY,**

       **Plaintiff,**

**-vs-**                                        **Case No.:  6:03-cv-87-Orl-28DAB**

**MICHAEL CANNADAY, DONALD**
**ESLINGER, LAWRENCE PIERRE**
**SMITH, DEPARTMENT OF HIGHWAY**
**AND MOTOR SAFETY**

       **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause comes before the Court on Notice of Plaintiff's Counsel Non-Compliance with Order on Motion for Sanctions and Motion for Order to Show Cause.  Doc. No. 134.  Plaintiff's counsel, Mr. Colvin, was ordered to pay sanctions of $5,000 to DHSMV on January 18, 2007.  Doc. No. 113.  With extensions, payment was due on April 5, 2007.  Doc. No. 119.  According to DHSMV, Mr. Colvin has not paid the sanctions despite demands that he do so following the April 5 deadline.

On May 9, 2007, Mr. Colvin was ordered to show cause in writing by May 21, 2007 why further sanctions (including possible entry of a money judgment) should not be imposed for his failure to pay the $5,000 sanction by April 5, 2007.  Doc. No. 135.  Mr. Colvin failed to file a response.

It is respectfully **RECOMMENDED** that judgment be entered in favor of the Defendants against Mr. Colvin for $5,000 for the sanctions imposed on January 18, 2007.  *See* Doc. No. 113.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 19, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
R. Gregory Colvin, Esq.
Courtroom Deputy
Plaintiff Neal Everett Nicarry