UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NEAL EVERETT NICARRY,

    Plaintiff,

-vs-               Case No.: 6:03-cv-87-Orl-28DAB

MICHAEL CANNADAY, DONALD
ESLINGER, LAWRENCE PIERRE SMITH,
DEPARTMENT OF HIGHWAY AND
MOTOR SAFETY,

    Defendants.
_____

# ORDER

This case is before the Court on the Notice of Plaintiff's Counsel Non-Compliance with Order on Motion for Sanctions and Motion for Order to Show Cause (Doc. No. 134) filed May 7, 2007 by the Department of Highway Safety and Motor Vehicles. The United States Magistrate Judge has submitted a report recommending that judgment be entered.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 19, 2007 (Doc. No. 140) is **ADOPTED** and **CONFIRMED** and made a part of this Order[1].

---

[1] The Report and Recommendation recommends that "judgment be entered in favor of the Defendants..." Page 1, paragraph 3. The $5,000.00 sanction was ordered to be paid

2. The Clerk is directed to enter judgment in favor of the Defendant, the State of Florida, Department of Highway Safety and Motor Vehicles against Mr. Colvin for $5,000.00 for the sanctions imposed on January 18, 2007. See Doc. No. 113.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___17___ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

---

to one Defendant, the State of Florida, Department of Highway Safety and Motor Vehicles. See Doc. No. 113.